UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                                         Civil No. 09-cv-130-PB

<u>Weare, NH, 506 Mount Dearborn Rd.</u>

O R D E R

Upon application of claimant June A. Laura, and finding that 18 U.S.C. § 983(b)(2)(A) the applicant is financially unable to obtain representation by counsel in this case regarding real property subject to forfeiture that is being used by the applicant as a primary residence, and on consent of the Legal Services Corporation that David Vicinanzo may provide representation to the applicant on her behalf, it is

ORDERED that pursuant to 18 U.S.C. § 983, the Legal Services Corporation (LSC) shall provide counsel to the applicant and that David Vicinanzo shall be such counsel.

Furthermore, it is hereby ordered that any judgment for fees and costs for LSC pursuant to 18 U.S.C. § 983(b)(2)(B) shall be awarded to David Vicinanzo or the Legal Services Corporation subject to the submission of appropriate statements of such fees and costs and the consent of Legal Services Corporation.

Attorney David Vicinanzo shall promptly file an appearance in this matter on behalf of June Laura.

SO ORDERED.

October 5, 2009                                     /s/ James R. Muirhead
                                                    James R. Muirhead
                                                    United States Magistrate Judge

cc:     Seth Aframe, Esq.
        David Vicinanzo, Esq.
        Andrew R. Schulman, Esq.
        Kevin Sharkey, Esq.
        James Laura, Esq.